IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY ALAMO, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | NO. 09-5686 |
| | : | |
| v. | : | |
| | : | |
| ABC FINANCIAL SERVICES, INC., | : | |
| | : | |
| Defendant. | | |

## ORDER

AND NOW, this 20th day of January 2011, upon consideration of the Motion for Summary Judgment of Defendant ABC Financial Services, Inc. (Doc. No. 14), Plaintiff's Response in Opposition to Defendant's Motion (Doc. No. 15), and Defendant's Reply in Support of its Motion for Summary Judgment (Doc. No. 17), it is ORDERED that the Motion for Summary Judgment of Defendant (Doc. No. 14) is GRANTED.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.